UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) 1:20-cr-53 |
| v. | ) |
| | ) Judges Collier / Steger |
| | ) |
| MARCUS LORENZO THOMAS, | ) |
| also known as "WOONIE," | ) |
| also known as "WOONEY" | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that on or about May 22, 2019, in the Eastern District of Tennessee, the defendant, MARCUS LORENZO THOMAS, also known as "WOONIE," also known as "WOONEY," did knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

### COUNT TWO

The Grand Jury further charges that on or about May 23, 2019, in the Eastern District of Tennessee, the defendant, MARCUS LORENZO THOMAS, also known as "WOONIE," also known as "WOONEY," did knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

### COUNT THREE

The Grand Jury further charges that on or about May 27, 2019, in the Eastern District of Tennessee, the defendant, MARCUS LORENZO THOMAS, also known as "WOONIE," also

known as "WOONEY," did knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT FOUR

The Grand Jury further charges that on or about June 6, 2019, in the Eastern District of Tennessee, the defendant, MARCUS LORENZO THOMAS, also known as "WOONIE," also known as "WOONEY," did knowingly, intentionally, and without authority possess with the intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT FIVE

The Grand Jury further charges that on or about January 3, 2020, in the Eastern District of Tennessee, the defendant, MARCUS LORENZO THOMAS, also known as "WOONIE," also known as "WOONEY," did knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

A TRUE BILL

FOREPERSON OF THE GRAND JURY

J. DOUGLAS OVERBEY
United States Attorney

By: _____
Kevin T. Brown
Special Assistant United States Attorney