# CRIMINAL CASE COVER SHEET    U.S. ATTORNEY'S OFFICE

Defendant Name: Marcus Lorenzo Thomas, aka "Woonie", aka "Wooney"

Place of Offense (City & County): Chattanooga, Hamilton

Juvenile: Yes ___ No _X_    Matter to be Sealed: Yes ___ No _X_

Interpreter: No _X_ Yes ___ Language: _____

Total # of Counts: ___ Petty ___ Misdemeanor (Class ___) _5_ Felony

|  | ORIGINAL INDICTMENT<br>U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) and (b)(1)(C)<br>Knowingly, intentionally, and without authority distributing a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance | 1, 2, 5 |
| Set 2 | 21 U.S.C. § 841(a)(1) and (b)(1)(C)<br>Knowingly, intentionally, and without authority distributing a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance | 3 |
| Set 3 | 21 U.S.C. § 841(a)(1) and (b)(1)(C)<br>Knowingly, intentionally, and without authority possessing with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance | 4 |

(Use tab key after entering counts to create additional rows)

Current Trial Date (if set): _____ before Judge _____

Criminal Complaint Filed: No _X_ Yes ___ Case No. _____

Defendant on Supervised Release: Yes ___ No _X_

Violation Warrant Issued? No _X_ Yes ___ Case No. _____

Related Case(s):

_____
Case Number    Defendant's attorney    How related

_____
Case Number    Defendant's attorney    How related

## Criminal Informations:

Pending criminal case: No _X_ Yes ___ Case No. _____

New Separate Case _X_    Supersedes Pending Case _____

Name of defendant's attorney: _____

Retained: _____    Appointed: _____

Date: 9/22/2020    Signature of AUSA: *s/ Kevin T. Brown*